UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES LEE McPHADEN,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFERY S. THOMASON,<br><br>  Defendant. | Case No. MS07-5003<br><br>ORDER OF DISMISSAL |

James Lee McPhaden has filed a pleading entitled "Criminal Complaint" against the above captioned defendant. Mr. McPhaden is an inmate confined at the United States Penitentiary, Pollock, Louisiana. A private citizen cannot prosecute a criminal complaint. Accordingly, the above captioned action is DISMISSED, with prejudice.

DATED this 23rd day of May, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1